IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 09-cr-00335-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

FELIX J. CERVANTES,

     Defendant.

# FINAL ORDER OF FORFEITURE

     This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Doc. # 32) for the following property:

> One Ruger pistol, model P95DC, with serial number 313-00770, along with the magazine for that pistol, both of which were seized from Defendant on February 18, 2009.

The Court having read said Motion and being fully advised in the premises finds:

     That the United States commenced this action pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d);

     That a Preliminary Order of Forfeiture was entered on October 28, 2009 (Doc. # 21);

     That all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

That no claim or petitions for an ancillary hearing have been filed in this matter by any party; and

That it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853, and 18 U.S.C. § 924(d);

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

That judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, and 18 U.S.C. § 924(d), free from the claims of any other party:

> One Ruger pistol, model P95DC, with serial number 313-00770, along with the magazine for that pistol, both of which were seized from Defendant on February 18, 2009; and

That the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this __12th__ day of July, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge